IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Taylor, Linda F | Case Number: 06 B 07306 |
| | Judge: Wedoff, Eugene R |
| Printed: 3/11/08 | Filed: 6/21/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  March 4, 2008
Confirmed:  August 31, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,700.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,613.60 |
| Trustee Fee: | | 86.40 |
| Other Funds: | | 0.00 |
| Totals: | 1,700.00 | 1,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,324.00 | 1,613.60 |
| 2. | Commonwealth Edison | Unsecured | 53.80 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 140.00 | 0.00 |
| 4. | St Mary of Nazareth Hospital | Unsecured | 160.64 | 0.00 |
| 5. | Aspire Visa | Unsecured | 82.66 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 33.60 | 0.00 |
| 7. | Aspire Visa | Unsecured | 82.66 | 0.00 |
| 8. | Joi & Judy Wilson | Unsecured | | No Claim Filed |
| 9. | AAA Dollar Disposal | Unsecured | | No Claim Filed |
| 10. | AT&T | Unsecured | | No Claim Filed |
| 11. | Bulls Eye Credit Union | Unsecured | | No Claim Filed |
| 12. | Comcast | Unsecured | | No Claim Filed |
| 13. | Economy Furniture & Interiors Inc | Unsecured | | No Claim Filed |
| 14. | ADT Security Systems | Unsecured | | No Claim Filed |
| 15. | Empire Cooler Service | Unsecured | | No Claim Filed |
| 16. | R H Donnelley | Unsecured | | No Claim Filed |
| 17. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 18. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 19. | Richard Smith | Unsecured | | No Claim Filed |
| 20. | Village Imaging Professionals LLC | Unsecured | | No Claim Filed |
| 21. | SBC | Unsecured | | No Claim Filed |
| 22. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 23. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 24. | Illinois Recycling Service | Unsecured | | No Claim Filed |
| 25. | U S Foodservice | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Taylor, Linda F | Case Number: 06 B 07306 |
| | Judge: Wedoff, Eugene R |
| Printed: 3/11/08 | Filed: 6/21/06 |

| | | | |
|---|---|---|---|
| 26. US Cellular | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 2,877.36 | $ 1,613.60 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 43.20 |
| 5.4% | 43.20 |
| | _____ |
| | $ 86.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_